People v Gardner (2025 NY Slip Op 00408)

People v Gardner

2025 NY Slip Op 00408

Decided on January 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 28, 2025

Before: Webber, J.P., Friedman, Scarpulla, Rosado, O'Neill Levy, JJ. 

Ind. No. 1517/18 Appeal No. 3575 Case No. 2019-05344 

[*1]The People of the State of New York, Respondent,
v
Loryn Gardner, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Isabel of counsel), for appellant.

Judgment, Supreme Court, Bronx County, (Marsha D. Michael, J.), rendered July 15, 2019, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him to a term of 1 2/3 to 5 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Cherif, 220 AD3d 543, 544 [1st Dept 2023], lv denied 40 NY3d 1079 [2023]; People v Chirinos, 190 AD3d 434 [1st Dept
2021]). We note that the People do not oppose this relief.THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 28, 2025